UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:17-CR-169-1H
Civil No. 5:19-CV-194-H

BARRY LANIEL BOSTIC,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 20th day of May, 2019.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE