IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-169-1H
No. 5:19-CV-194-H

| | |
|---|---|
| BARRY LANIEL BOSTIC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on petitioner's Motion to Withdraw his Motion to Vacate, [DE #127]. Due to the unique procedural posture of this case and out of an abundance of caution, the court construes petitioner's filing as a motion to voluntarily dismiss his claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Therefore, the court GRANTS petitioner's motion, [DE #127], and hereby DISMISSES petitioner's motion to vacate, [DE #92]. Petitioner's motion for extension of time to file motion/reply is GRANTED. The clerk is directed to close this case.

This 27th day of May 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35